208

WILLIAM C. POKA *v.* NANI HOLI, ALSO KNOWN AS
LEINANI HOLI, INDIVIDUALLY AND AS ADMIN-
ISTRATOR DE BONIS NON OF THE ESTATE OF
ALICE HOLI, DECEASED.

No. 4086.

FILED MARCH 19, 1959.                    DECIDED APRIL 2, 1959.

RICE, C. J., STAINBACK AND MARUMOTO, JJ.

*Per Curiam.* The petition for rehearing of the motion for attor-
ney's fees in the above-entitled cause is denied without argument.
*Brahan Houston,* for defendant-appellant, for the motion.

BETTY JANE SERRAO *v.* MANUEL B. SANTOS, JR.

No. 4113.

FILED FEBRUARY 2, 1959.                    DECIDED APRIL 2, 1959.

RICE, C. J., STAINBACK AND MARUMOTO, JJ.

*Per Curiam.* The motion filed in the above-entitled matter is
denied without argument. No right to appeal a civil case *in forma
pauperis* exists in the Territory of Hawaii.
*Maurice Sapienza* for plaintiff-appellant, for the motion.